IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01467-PAB-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$13,410.00 IN UNITED STATES CURRENCY,

        Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture [Docket No. 14].

The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

All known parties have been provided with an opportunity to respond and publication has been effected as required by Supplemental Rule G(4);

The United States and claimant David Doshier, through counsel, Adam M. Tucker, Esq., have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute;

No other claims to defendant $13,410.00 in United States Currency have been filed;

Upon agreement of the parties, the United States shall return to claimant David Doshier, through counsel, $3,410.00 of defendant $13,410.00 in United States Currency.  The remaining $10,000.00 of defendant $13,410.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED that:

1. Final order of forfeiture shall enter in this case disbursing the funds in accordance with the terms and provisions of the parties' Settlement Agreement;

2. The Clerk of Court is directed to enter Judgment; and

3. A Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED December 15, 2010.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge